## UNITED STATES BANKRUPTCY COURT
Northern **DISTRICT OF** Texas

Fort Worth Division

In re:  One Source Industrial, LLC    §    Case No.  15-40038-RFN-7
§
§
§

Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND
## APPLICATION TO BE DISCHARGED (TDR)

Michael A. McConnell , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distributions to Claimants: $4,762.28 | Claims Discharged Without Payment: $8,710,095.45 |
| Total Expenses of Administration: $4,762.28 | |

3)  Total gross receipts of $4,762.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2** ), yielded net receipts of $4,762.28 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS from **Exhibit 3**) | $428,193.95 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $15,231.57 | $15,231.57 | $4,762.28 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $1,614,538.92 | $1,614,538.92 | $1,614,538.92 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $7,087,799.59 | $7,087,799.59 | $7,087,799.59 | $0.00 |
| **TOTAL DISBURSEMENTS** | $9,130,532.46 | $8,717,570.08 | $8,717,570.08 | $4,762.28 |

4) This case was originally filed under chapter 11 on 01/04/2015 & was converted to chapter 7 on 01/14/2016. The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2017                    By: /s/ Michael A. McConnell
                                              Trustee

**STATEMENT**:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
## FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trailers-Industrial | 1129-000 | $4,500.00 |
| Misc Refunds | 1129-000 | $262.28 |
| | | |
| **TOTAL GROSS RECEIPTS** | | |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | | | |
| | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Harris County | 4800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | EverBank Commercial Finance | 4120-000 | $227,512.98 | $0.00 | $0.00 | $0.00 |
| 53 | Pac-Van, Inc. | 4120-000 | $82,097.09 | $0.00 | $0.00 | $0.00 |
| 63 | Comptroller of Public Accounts | 4800-000 | $101,420.42 | $0.00 | $0.00 | $0.00 |
| 54 | Stewart & Stevenson, LIC | 4120-000 | $17,163.46 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **TOTAL SECURED CLAIMS** | | | $428,193.95 | $0.00 | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Michael A. McConnell, Trustee Fees | 2100-000 | N/A | $1,190.57 | $1,190.57 | $1,190.57 |
| Michael A. McConnell, Trustee Expenses | 2200-000 | N/A | $0.00 | $0.00 | $0.00 |
| Kelly Hart & Hallman, LLP Attorney for Trustee | 3110-000 | N/A | $3,641.00 | $3,641.00 | $928.65 |
| Kelly Hart & Hallman, LLP Attorney for Trustee | 3120-000 | N/A | $0.00 | $0.00 | $0.00 |
| United States Trustee | 2950-000 | N/A | $10,400.00 | $10,400.00 | $2,643.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,231.57 | $15,231.57 | $4,762.28 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 31 | Texas Workforce Commission | 5800-000 | $0.00 | $134.50 | $0.00 | $0.00 |
| 57 | Lone Star Services | 5200-000 | $0.00 | $11,060.00 | $0.00 | $0.00 |
| 62 | Comptroller of Public Accounts | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | Comptroller of Public Accounts | 5800-000 | $0.00 | $1,603,344.42 | $0.00 | $0.00 |
| 61 | Dynamic | 5200-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |

| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $1,614,538.92 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 45 | City of Deer Park | 7100-000 | $0.00 | $44,351.92 | $44,351.92 | $0.00 |
| 1 | General Electric Capital | 7100-000 | $0.00 | $1,501,240.21 | $1,501,240.21 | $0.00 |
| 2 | Forrest Tire Company | 7100-000 | $0.00 | $8,308.69 | $8,308.69 | $0.00 |
| 3 | Forrest SWD, LLC | 7100-000 | $0.00 | $1,540.00 | $1,540.00 | $0.00 |
| 4 | The Sherwin-Williams Co. | 7100-000 | $0.00 | $33,290.03 | $33,290.03 | $0.00 |
| 5 | Robby Walterscheid | 7100-000 | $0.00 | $3,900.00 | $3,900.00 | $0.00 |
| 7 | Briggs & Veselka Co. | 7100-000 | $0.00 | $64,390.00 | $64,390.00 | $0.00 |
| 8 | Miller Gold Printing Co. | 7100-000 | $0.00 | $11,994.90 | $11,994.90 | $0.00 |
| 9 | Texstar H2, LLC | 7100-000 | $0.00 | $7,717.00 | $7,717.00 | $0.00 |
| 10 | Sun Coast Resources, Inc. | 7100-000 | $0.00 | $243,543.45 | $243,543.45 | $0.00 |
| 11 | Grace Operating Inc. | 7100-00 | $0.00 | $27,279.50 | $27,279.50 | $0.00 |
| 12 | Caterpillar Financial | 7100-000 | $0.00 | $1,843,996.61 | $1,843,996.61 | $0.00 |
| 13 | US Chaparral Water Systems | 7100-000 | $0.00 | $7,067.50 | $7,067.50 | $0.00 |
| 14 | F & W Industries, Inc. | 7100-000 | $0.00 | $58,395.00 | $58,395.00 | $0.00 |
| 15 | Southern Tire Mart | 7100-000 | $0.00 | $4,193.17 | $4,193.17 | $0.00 |
| 16 | McWhorter | 7100-000 | $0.00 | $45,693.67 | $4,569.67 | $0.00 |
| 17 | Andrews Wash Systems | 7100-000 | $0.00 | $9,375.00 | $9,375.00 | $0.00 |
| 18 | Smartt Move, LlC | 7100-000 | $0.00 | $28,695.00 | $28,695.00 | $0.00 |
| 19 | Valiant Safety | 7100-000 | $0.00 | $17,822.95 | $17,822.95 | $0.00 |
| 20 | Manuel Mendoza | 7100-000 | $0.00 | $13,946.04 | $13,946.04 | $0.00 |
| 21 | Wells Fargo Equipment Finance | 7100-000 | $0.00 | $469,460.41 | $469,460.41 | $0.00 |
| 22 | Comptroller of Public Accounts | 7100-000 | $0.00 | $135,823.43 | $135,823.43 | $0.00 |
| 23 | Ahern Rentals, Inc. | 7100-000 | $0.00 | $14,656.74 | $14,656.74 | $0.00 |
| 24 | Engs Commercial Finance | 7100-000 | $0.00 | $764,437.12 | $764,437.12 | $0.00 |
| 25 | Deeco Rubber Co., Inc. | 7100-000 | $0.00 | $4,798.95 | $4,798.95 | $0.00 |
| 26 | Career Personell | 7100-000 | $0.00 | $38,039.00 | $38,039.00 | $0.00 |
| 27 | Mack Financial Services | 7100-000 | $0.00 | $988,364.89 | $988,364.89 | $0.00 |
| 29 | Texas Mutual | 7100-000 | $0.00 | $144,102.66 | $144,102.66 | $0.00 |
| 30 | Texas Mutual Ins. Co. | 7100-000 | $0.00 | $193,241.50 | $193,241.50 | $0.00 |
| 32 | Cypress Energy Partners | 7100-000 | $0.00 | $2,749.50 | $2,749.50 | $0.00 |
| 33 | Basic Energy Services, LP | 7100-000 | $0.00 | $22,550.48 | $22,550.48 | $0.00 |
| 34 | American Cleaning Systems | 7100-000 | $0.00 | $59,527.37 | $59,527.37 | $0.00 |

| 36 | HB Fresh Water Sales | 7100-000 | $0.00 | $4,062.50 | $4,062.50 | $0.00 |
| 37 | Southern Tire Mart LLC | 7100-000 | $0.00 | $4,193.17 | $4,193.17 | $0.00 |
| 38 | Renew Pump & Supply Inc. | 7100-000 | $0.00 | $9,619.59 | $9,619.59 | $0.00 |
| 39 | R& M Associates, Inc. | 7100-000 | $0.00 | $2,533.68 | $2,533.68 | $0.00 |
| 40 | RGB, LLC | 7100-000 | $0.00 | $12,880.10 | $12,880.10 | $0.00 |
| 41 | Barmore Enterprises, Inc. | 7100-000 | $0.00 | $3,375.00 | $3,375.00 | $0.00 |
| 42 | Texas Mutual Insurance Co. | 7100-000 | $0.00 | $30,288.00 | $30,288.00 | $0.00 |
| 43 | Texas Mutual Insurance Co. | 7100-000 | $0.00 | $14,289.00 | $14,289.00 | $0.00 |
| 44 | Great American Financial | 7100-000 | $0.00 | $10,412.05 | $10,412.05 | $0.00 |
| 46 | Amergy Bank National Assoc | 7100-000 | $0.00 | $19,390.31 | $19,390.31 | $0.00 |
| 47 | J&N Golf Sales, LLC | 7100-000 | $0.00 | $10,989.54 | $10,989.54 | $0.00 |
| 48 | American Express Travel | 7100-000 | $0.00 | $4,376.74 | $4,376.74 | $0.00 |
| 49 | American Express Travel | 7100-000 | $0.00 | $812.50 | $812.50 | $0.00 |
| 50 | American Express Travel | 7100-000 | $0.00 | $66.00 | $66.00 | $0.00 |
| 51 | American Express Travel | 7100-000 | $0.00 | $17,302.65 | $17,302.65 | $0.00 |
| 52 | Greshams Industrial Supply | 7100-000 | $0.00 | $9,860.67 | $9,860.67 | $0.00 |
| 55 | West Texas Safety Training | 7100-000 | $0.00 | $2,050.00 | $2,050.00 | $0.00 |
| 56 | Am Ex | 7100-000 | $0.00 | $39,927.90 | $39,927.90 | $0.00 |
| 58 | Manuel Mendoza | 7100-000 | $0.00 | $13,946.00 | $13,946.00 | $0.00 |
| 59 | J5Services, Inc. | 7100-000 | $0.00 | $8,093.00 | $8,093.00 | $0.00 |
| 60 | TNT Crane | 7100-000 | $0.00 | $18,261.00 | $18,261.00 | $0.00 |
| 64 | Oil Patch Transportation | 7100-000 | $0.00 | $36,567.50 | $36,567.50 | $0.00 |
| | | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $7,087,799.59 | $7,087,799.59 | $0.00 |